UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br> )<br> )<br>V. )<br> )<br> )<br>JOSEPH VINCENT SMITH )<br>    Defendant ) | CR. NO. 21-561(RJL) |

**JOSEPH VINCENT SMITH'S MOTION FOR REVOCATION OF DETENTION ORDER AND PLACEMENT IN THE HIGH INTENSITY SUPERVISION PROGRAM**

**COMES NOW**, JOSEPH VINCENT SMITH, defendant, through undersigned counsel Dwight E. Crawley, pursuant to 18 U.S.C. §3145(b) and respectfully requests that this Honorable Court revoke the detention order of the magistrate court and order defendant's release pending trial of this matter. As grounds for this motion, Mr. Smith states the following:

**BACKGROUND**

1. Mr. Smith is charged with multiple crimes involving possession of a firearm by a person convicted of a crime punishable by imprisonment for a term exceeding a year; conspiracy to defraud the United States; and Importing/Manufacturing Firearms (Indictment attached).

2. The matter was called for a detention hearing on September 30, 2021, before the Honorable Magistrate Judge Faruqui. At the time of the hearing, Mr. Smith did not challenge his detention. Rather, he waived his right to have the magistrate court make factual findings concerning his detention and reserved his right to seek his release later, before this court.

**FACTORS TO BE CONSIDERED**

Title 18 U.S.C. §3142(g) specifies the factors to be considered in determining whether there are conditions of release that will reasonably assure the appearance of the person at trial as well as provide for the safety of the community. Those factors are:

(1) The nature and circumstances of the offense charged including whether the offense is a crime of violence or involves a narcotic drug;

(2) The weight of the evidence against the person;

(3) The history and characteristics of the person—
   i. The person's character, physical and mental condition, family ties, employment, financial resources, length of residence in community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

   ii. Whether, at the time of the current offense or arrest, the person was on probation, on parole, or on other release while pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law; and

(4) The nature and seriousness of the danger to any person or the community that would be posed by the person's release.

## **ARGUMENT**

In this case, the government does not have any evidence to assert that Mr. Smith is currently a risk of flight or a danger to the community at this time. The defendant's last conviction appears to be in 2011. He has never missed a court appearance at any point in his life. His actions in this case do not involve crimes of violence. He has been incarcerated for more than six weeks and presumably those involved in his illegal conduct are aware of this and

are not likely to have contact with him.  He is a life-long resident of the District of Columbia. He does not possess the resources or relationships to flee.  The court's ability to place him in the High Intensity Supervision Program would restrict his movement and keep him under the control of the court through the United States Pretrial Services Office.

**WHEREFORE**, counsel respectfully requests that this court grant Mr. Smith's motion for release and placement in the High Intensity Supervision Program.

        Respectfully submitted
        JOSEPH VINCENT SMITH

        /s/
        _____
        Dwight E. Crawley, Esq.
        DC BAR #472672
        Attorney for JOSEPH VINCENT SMITH
        Law Office of Dwight E. Crawley
        1300 I. Street, NW
        Suite 400E
        Washington, DC 20005
        (202) 580-9794 Phone
        (202) 722-0246 Fax
        vadclawyer@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

        /s/
        _____
        Dwight E. Crawley, Esq.
        DC BAR #472672
        Attorney for JOSEPH VINCENT SMITH
        Law Office of Dwight E. Crawley
        1300 I. Street, NW
        Suite 400E
        Washington, DC 20005
        (202) 580-9794 Phone
        (202) 722-0246 Fax
        vadclawyer@gmail.com