UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 25, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-561 (RJL) |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | MAGISTRATE NO. 21-MJ-611 |
| MILIQUE N. WILSON, | : | |
| also known as "Malik," and | : | VIOLATIONS: |
| JOSEPH VINCENT SMITH, | : | 18 U.S.C. § 371 |
| | : | (Conspiracy to Commit an Offense |
| Defendants. | : | Against the United States) |
| | : | 18 U.S.C. § 922(a)(1)(A) |
| | : | (Engaging in the Business of Dealing in |
| | : | Firearms Without a License) |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of |
| | : | a Crime Punishable by Imprisonment for |
| | : | a Term Exceeding One Year) |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |
| | : | |
| | : | FORFEITURE: 18 U.S.C. § 924(d), |
| | : | 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

1. Beginning on or about December 2019, the exact date being unknown to the Grand Jury, and continuing through at least September 22, 2021, in the District of Columbia and elsewhere, **MILIQUE N. WILSON**, also known as "Malik," **JOSEPH VINCENT SMITH**, and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, and agree together and with other persons, to commit certain offenses against the

1

United States, to wit:

    a. Engaging in the business of dealing firearms and in the course of such business, shipping, transporting, and receiving firearms in interstate commerce, in violation of Title 18, United States Code, Section 922(a)(1)(A);

    b. Engaging in interstate travel with the intent to acquire firearms in furtherance of conduct constituting a violation of Title 18, United States Code, Section 922(a)(1)(A), in violation of Title 18, United States Code, Section 924(n); and

    c. Engaging in interstate shipping, transporting, and receiving firearms and ammunition in interstate commerce with the intent to commit a crime punishable by imprisonment exceeding one year, in violation of Title 18, United States Code, Section 924(b), that is, Engaging in the Business of Dealing in Firearms Without a License, in violation of Title 18, United States Code, Section 922(a)(1)(A).

## GOAL OF THE CONSPIRACY

2. The goal of the conspiracy was to obtain firearms from outside of the District of Columbia, including locations in Maryland and Virginia, and transfer and transport these firearms to the District of Columbia and elsewhere, for the purpose of illegally possessing and reselling these firearms for profit to individuals prohibited or otherwise unable to legally acquire firearms.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

3. In furtherance of the conspiracy, and in order to effect the objects thereof, defendants **MILIQUE N. WILSON**, also known as "Malik," **JOSEPH VINCENT SMITH**, and others known and unknown to the Grand Jury, in various combinations, directly and indirectly, within the District of Columbia and elsewhere, committed overt acts, including, but not limited to, the following:

a. On multiple occasions between December 2019 and September 2021, **MILIQUE N. WILSON**, also known as "Malik," and **JOSEPH VINCENT SMITH**, contacted individuals otherwise prohibited from purchasing and possessing firearms and offered to sell these individuals firearms, including unserialized privately manufactured firearms (PMFs).

b. On or about December 13, 2019, **JOSEPH VINCENT SMITH**, contacted an individual ("Individual-1") and sold Individual-1 a black in color Ruger LCP .380 caliber pistol with serial number "372012215" for $400.00.

c. On or about December 18, 2019, **MILIQUE N. WILSON**, also known as "Malik," and **JOSEPH VINCENT SMITH**, arranged to sell Individual-1 another firearm. **MILIQUE N. WILSON** supplied the firearm and **JOSEPH VINCENT SMITH** brokered the deal.

d. On or about December 18, 2019, **MILIQUE N. WILSON**, also known as "Malik," and **JOSEPH VINCENT SMITH**, sold Individual-1 a Kahr Arms CM40, .40 caliber firearm with serial number "JN3175" for $550.00.

e. On or about February 7, 2020, **JOSEPH VINCENT SMITH**, met with Individual-1 and another person ("Individual-2"). **JOSEPH VINCENT SMITH** sold Individual-1 a black Canik TP9, .9mm firearm with a serial number "T6472-15AT34409" for $500.00.

f. On or about May 31, 2021, **JOSEPH VINCENT SMITH**, contacted Individual-1 to sell a privately manufactured firearm (PMF) Glock 19 style Polymer 80 unserialized firearm on behalf of **MILIQUE N. WILSON**.

g. On or about June 3, 2021, **JOSEPH VINCENT SMITH** met with Individual-1 and Individual-2. **JOSEPH VINCENT SMITH** sold Individual-1 a black,

unserialized .9mm firearm for $800.00. **MILIQUE N. WILSON** was in a nearby vehicle at the time of the sale.

**(Conspiracy to Commit an Offense Against the United States**, in violation of Title 18, United States Code, Section 371)

## COUNT TWO

Between on or about December 2019 through on or about September 2021, within the District of Columbia, **JOSEPH VINCENT SMITH** and **MILIQUE N. WILSON,** also known as "Malik," not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, aiding and abetting each other, did willfully engage in the business of dealing in firearms.

**(Engaging in the Business of Dealing in Firearms Without a License**, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2)

## COUNT THREE

On or about December 13, 2019, within the District of Columbia, **JOSEPH VINCENT SMITH** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Howard County, Maryland Criminal Case No. 13K06046458, did unlawfully and knowingly receive and possess a firearm and ammunition, that is, a Ruger LCP .380 caliber pistol with serial number 372012215, and a box containing fifty (50) American Eagle .380 caliber rounds of ammunition and an extended magazine, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year,** in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FOUR

On or about December 18, 2019, in the District of Columbia, **JOSEPH VINCENT SMITH** and **MILIQUE N. WILSON,** also known as "Malik," each individual knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, **JOSEPH VINCENT SMITH** in Howard County, Maryland Criminal Case No. 13K06046458 and **MILIQUE N. WILSON**, in Circuit Court for Prince George's County, Maryland, Criminal Case No. CT110205X, aiding and abetting each other, did unlawfully and knowingly receive and possess a firearm, that is, a Kahr Arms CM40, .40 caliber pistol, bearing serial number JN3175, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year and Aiding and Abetting,** in violation of Title 18, United States Code, Sections 922(g)(l) and 2)

## COUNT FIVE

On or about February 7, 2020, in the District of Columbia, **JOSEPH VINCENT SMITH**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Howard County, Maryland Criminal Case No. 13K06046458, did unlawfully and knowingly receive and possess a firearm, that is, a Canik TP9, 9mm pistol, bearing serial number T6472-15AT34409, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year,** in violation of Title 18, United States Code, Section 922(g)(l))

## COUNT SIX

On or about May 31, 2021, in the District of Columbia, **JOSEPH VINCENT SMITH** and **MILIQUE N. WILSON**, also known as "Malik," each individual knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, **JOSEPH VINCENT SMITH** in Howard County, Maryland Criminal Case No. 13K06046458 and **MILIQUE N. WILSON**, also known as "Malik," in Circuit Court for Prince George's County, Maryland, Criminal Case No. CT110205X, aiding and abetting each other, did unlawfully and knowingly receive and possess a firearm, that is, a .9mm unserialized privately manufactured firearm (PMF), which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year and Aiding and Abetting,** in violation of Title 18, United States Code, Sections 922(g)(1) and 2)

## COUNT SEVEN

On or about August 27, 2021, in the District of Columbia, **MILIQUE N. WILSON**, also known as "Malik," knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Circuit Court for Prince George's County, Maryland, Criminal Case No. CT110205X, did unlawfully and knowingly receive and possess a firearm and ammunition, that is, an unserialized P80 privately manufactured firearm (PMF), .9mm pistol, and seventeen rounds of assorted .9mm caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year,** in violation of Title 18, United States Code, Section 922(g)(1))

6

## COUNT EIGHT

On or about September 22, 2021, in the District of Columbia, **JOSEPH VINCENT SMITH**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, Howard County, Maryland Criminal Case No. 13K06046458, did unlawfully and knowingly receive and possess a firearm and ammunition, that is, a Glock .40 caliber, Gen 4, firearm bearing serial number VCA167, and twenty-one rounds of .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year,** in violation of Title 18, United States Code, Section 922(g)(l))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Counts One through Eight of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the willful commission of this offense, including, but not limited to: one black Ruger LCP .380 caliber firearm bearing serial number 372012215; one black Canik TP9, .9mm firearm bearing serial number T6472-15AT34409; one unserialized privately manufactured firearm (PMF), P80 style, .9mm caliber pistol; one tan 31 round extended magazine; one Glock .40 caliber, Gen 4, firearm bearing serial number VCA167; and assorted rounds of .40 caliber and .9mm caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

>   (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Channing D. Phillips* /DAB

Attorney of the United States in
and for the District of Columbia

8