UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

v.                               :       21-CR-561 (RJL)

JOSEPH VINCENT SMITH             :

## STATEMENT OF OFFENSE

I, Joseph Vincent Smith, respectfully submit the following statement in support of my plea of guilty to Count One of the Superseding Indictment, charging me with conspiracy to deal firearms without a license, in violation of 18 U.S.C. §§ 371 and 922(a)(1)(A). My guilty plea is entered pursuant to the agreement between the United States government and me, which is memorialized in a letter, dated April 15, 2022.

Between December 2019 and September 22, 2021, I knowingly and willfully conspired and agreed with Milique Wilson to obtain firearms from outside of the District of Columbia, including locations in Maryland and Virginia, and transfer and transport these firearms to the District of Columbia for the purpose of illegally possessing and reselling these firearms for profit. At that time, I made this agreement with Mr. Wilson, I knew I had previously been convicted of an offense punishable by a term of incarceration exceeding one year, and therefore, could not lawfully possess a firearm.

During the course of the conspiracy, I possessed several firearms in furtherance of my agreement with Mr. Wilson. On or about December 13, 2019, I received a Ruger LCP .380 caliber firearm with serial number 372012215 from Mr. Wilson, which I then sold to another individual.  On or about December 18, 2019, I received a Kahr Arms CM40, .40 caliber firearm with serial number JN3175 from Mr. Wilson, which I then sold to another individual. On or

about February 7, 2020, I received a Canik TP-9SF, .9mm firearm with serial number 15AT34409, which I then sold to another individual. On June 3, 2021, I received an unserialized, P80 style, .9mm, Privately Manufactured Firearm (PMF) from Mr. Wilson, which I then sold to another individual. In addition, on September 22, 2021, I possessed a Glock 22 Gen 4, .40 caliber firearm bearing serial number VCA167, and twenty-one rounds of .40 caliber ammunition.

### DEFENDANT'S ACCEPTANCE

I have read this statement and discussed it with my attorney and I agree to it and acknowledge that everything in this statement is true. I do this voluntarily and of my own free will.

Date: 5-28-22

JOSEPH VINCENT SMITH

### ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, reviewed and discussed it with my client, and have no reason to disagree with my client's desire to plead guilty as set forth in the plea agreement and proffer.

Date: 5-28-22

ALVIN H. THOMAS, ESQ.
Counsel for Defendant